UNITED STATES BANKRUPTCY COURT
NORTHERN DIVISION
NORTHERN DISTRICT OF ALABAMA

IN RE:  CASE NO. 12-83540-CRJ-13
  CHAPTER 13
Christopher Norwood
Lakedrinn K Jones  JUDGE CLIFTON R. JESSUP, JR

  DEBTORS  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Michele T. Hatcher files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor: FEDERAL NATIONAL MORTGAGE ASSOC**     **Court Claim No: 12**

**Final Cure Amount**

Amount of Prepetition Arrears: $9,856.70

Additional Interest Paid: $502.44

Amount Paid by Trustee: $10,359.14

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

☐  Through the Chapter 13 Trustee    ☑ Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with Section 1322(b)(5) of the Code.

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim.

Dated: January 08, 2018  /s/ Michele T. Hatcher, Trustee

  Michele T. Hatcher, Trustee
  Standing Chapter 13 Trustee
  P.O. Box 2388
  Decatur, AL  35602-2388

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Main or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 8th day of January, 2018.

Christopher Norwood
330 Steakley Rd
New Market, AL  35761

DEZENBERG & LARSEN PC
ATTORNEYS AT LAW
908C N MEMORIAL PKWY
HUNTSVILLE, AL  35801

FEDERAL NATIONAL MORTGAGE ASSOC
C/O SETERUS INC
PO BOX 1047
HARTFORD, CT  06143

| Dated:  January 08, 2018 | /s/ Michele T. Hatcher, Trustee |
|---|---|
|  | Michele T. Hatcher, Trustee |
|  | Standing Chapter 13 Trustee |
|  | P.O. Box 2388 |
|  | Decatur, AL  35602-2388 |